U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 3 2014
CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE MOTION FOR SANCTIONS       §
AGAINST SCOTT MEYERS, SUSAN      §   NO. 4:12-MC-015-A
MEYERS, AND CYNTHIA COLE         §

FINAL JUDGMENT

The court having signed on the date of the signing of this final judgment an order entering agreed pre-filing injunction, which finally resolved the only issue remaining for resolution in the above-captioned miscellaneous action,

The court ORDERS, ADJUDGES, and DECREES that Scott Meyers and Susan Meyers be, and are hereby, enjoined from instituting, directly or indirectly, any claims, causes of action, lawsuits, actions, or proceedings against Textron Financial Corporation, its parent companies, subsidiaries, affiliates, employees, directors, officers, lawyers, agents, or representatives in any United States district court, United States bankruptcy court, court of any state or county, or arbitral body or organization without first receiving the express permission of this Court.

SIGNED July 3, 2014.

_____
JOHN McBRYDE
United States District Judge